IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | Cause No. 3:07-CR-02016 |
| PHILIP JAMES BIDWELL | § | |

## ORDER

On this the 15th day of February, 2008, came on to heard, in the above-styled and numbered cause, the foregoing Unopposed Motion to Amend Conditions of Bond and same is hereby (GRANTED) DENIED.

**IT IS SO ORDERED,** Defendant Bidwell's Conditions of Bond be amended to allow travel in the State of Oklahoma.

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court